# EXHIBIT    A

# Corporate Flow Chart



Notes:
[1] Non-member interest