# Exhibit A

BALLARD SPAHR LLP
A Pennsylvania Limited Liability Partnership
By:    Dean C. Waldt, Esq.
210 Lake Drive East, Suite 200
Cherry Hill, New Jersey 08002
Telephone: (856) 761-3400
Facsimile: (856) 761-1020
Attorney for Ranger Specialty Income Fund, L.P.
and Ranger Alternative Management, II, L.P.

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Hon. Michael B. Kaplan |
| PRINCETON ALTERNATIVE INCOME FUND, LP and PRINCETON ALTERNATIVE FUNDING, LLC | Case No. 18-14603 (Jointly Administered) |
| Debtors-In-Possession. | Chapter 11 |

### CERTIFICATION OF DAVID J. MARGULES, ESQUIRE IN
### SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE

I, DAVID J. MARGULES, in support of the Application seeking my admission before this Court *pro hac vice* as co-counsel for Ranger Specialty Income Fund, L.P. and Ranger Alternative Management, II, L.P. (collectively "Ranger"), pursuant to Rule 9010-1(b), hereby certify and state as follows:

1. I am an attorney and partner in the law firm of Ballard Spahr LLP. I maintain my regular office for the practice of law at 919 N. Market Street, 11th Floor in Wilmington, Delaware 19801-3034. Ballard Spahr LLP also maintains an office for the practice of law at 210 Lake Drive East, Suite 200, Cherry Hill, New Jersey 08002.

2. I am a member in good standing of the bar of the Supreme Court of Delaware and admitted to practice in the United States District Court for the District of Delaware (admitted

1983). I am also admitted to practice before the United States Court of Appeals for the Second Circuit (admitted 2007) and the United States Court of Appeals for the Third Circuit (admitted 1990).

3. I am not under suspension or disbarment in any court and I have not been subject to any disciplinary action by any court or administrative body.

4. Co-counsel for the Defendants in this matter will be Dean C. Waldt, Esq., an attorney and partner in the law firm of Ballard Spahr LLP, maintaining an office at the firm's Cherry Hill, New Jersey office at the address noted above.

5. I have been asked by our client to act as co-counsel in this matter. I have been involved with the representations of Ranger in various disputes with the debtors in these chapter 11 cases, including pending litigation before a JAMS Alternative Dispute Resolution arbitrator that was interrupted by the filing of the bankruptcy cases. These disputes involve complex factual and legal issues with which I am familiar. The duplication of my background and experience in these matters would be a significant financial burden to my clients and could negatively impact my clients' interests. Mr. Waldt recently joined the legal representation team in this matter as co-counsel upon the filing of these bankruptcy cases on March 9, 2018.

6. I have familiarized myself with the Local Rules of Bankruptcy Procedure promulgated by this Court and will at all times conduct myself in accordance with such Rules during the conduct of this case.

7. I have been advised of my obligation to make payments of an annual fee to the New Jersey Lawyers Fund For Client Protection in accordance with New Jersey Court Rule 1:28 and shall immediately comply with that requirement upon my admission *pro hac vice*.

8. All notices, orders and pleadings may be served upon Dean C. Waldt, Esq. at the Cherry Hill, New Jersey office at Ballard Spahr LLP. I understand that only an attorney-at-law

of this Court may sign papers, enter appearances for parties, sign stipulations or sign and receive payments on judgments, decrees or orders.

9. I understand that if I am admitted *pro hac vice* to this Court, I am within its disciplinary jurisdiction and I voluntarily consent to the same and certify that I will abide with all rules, regulations and orders of this Court.

I certify under penalty and perjury that the foregoing statements are true and correct.

Dated: March 19, 2018                    By: _____
                                              David J. Margules, Esq.