| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** | **FILED**<br>JEANNE A. NAUGHTON, CLERK<br><br>APR 17 2018<br><br>U.S. BANKRUPTCY COURT<br>TRENTON, NJ<br>BY_____DEPUTY |
| SILLS CUMMIS & GROSS P.C.<br>Valerie A. Hamilton, Esq.<br>vhamilton@sillscummis.com<br>George R. Hirsch, Esq.<br>ghirsch@sillscummis.com<br>600 College Road East<br>Princeton, New Jersey 08540<br>Tel.: (609) 227-4600<br>Fax: (609) 227-4646<br>Proposed Attorneys for the Debtors and Debtors-In-Possession | |
| In re:<br><br>PRINCETON ALTERNATIVE INCOME FUND, LP, et al.,<br><br>    Debtors-In-Possession. | Hon. Michael B. Kaplan<br><br>Lead Case No. 18-14603 (MBK)<br><br>(Jointly Administered)<br><br>Chapter 11 |

**ORDER RESOLVING RANGER'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND EXAMINATION OF PRINCETON ALTERNATIVE INCOME FUND, L.P. AND PRINCETON ALTERNATIVE FUNDING, LLC PURSUANT TO FED. R. BANKR. P. 2004 AND D.N.J. LBR 2004-1**

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

_/s/ Michael B. Kaplan_
MICHAEL B. KAPLAN
USBJ

4/17/2018

5339888 v4

Page 2
In re Princeton Alternative Income Fund, L.P. et al.
Lead Case No. 18-14603 (MBK)
Order Resolving Ranger's Motion to Compel Production of Documents and Examination of the Debtors Pursuant to Fed. R. Bankr. P. 2004 and DNJ LBR 2004-1

Upon consideration of the Motion filed by Ranger Specialty Income Fund, L.P., Ranger Direct Lending Fund Trust, and Ranger Alternative Management, II, L.P. (collectively, "Ranger"), seeking an Order Compelling Production of Documents and Examination of Princeton Alternative Income Fund, L.P. and Princeton Alternative Funding, LLC (the "Debtors") pursuant to Fed. R. Bankr. P. 2004 and D.N.J. LBR 2004-1 filed at ECF No. 49 (the "Motion"), and the Debtors' having opposed the Motion, and the Court having held a hearing (the "Hearing") on the Motion on April 13, 2018, and for the reasons set forth on the record at the Hearing,

**IT IS HEREBY ORDERED** as follows:

1. The Motion is **GRANTED IN PART, as follows:**

2. PAIF shall instruct its audit firm, Freidman LLP, to respond to inquiries and requests for information from Deloitte, LP as the public auditors for Ranger Direct Lending Fund PLC, to the extent such activities are within the scope of Friedman's contractual retention arrangements with PAIF and Friedman is willing to communicate with Deloitte, LP.

5339888 v4