SILLS CUMMIS & GROSS, P.C.
Valerie A. Hamilton, Esq.
600 College Road East
Princeton, NJ 08540
Phone: (609) 227-4600
Fax: (609) 227-4646
Email: vhamilton@sillscummis.com
Proposed Counsel for Debtors and Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>PRINCETON ALTERNATIVE INCOME FUND, LP et al.,<br><br>　　　　　　　　　　Debtors-In-Possession. | Hon. Michael B. Kaplan<br><br>Case No. 18-14603 (MBK)<br><br>(Jointly Administered)<br><br>Chapter 11 |
| In re:<br><br>PRINCETON ALTERNATIVE FUNDING, LLC,<br><br>　　　　　　　　　　Debtors-In-Possession. | Hon. Michael B. Kaplan<br><br>Case No. 18-14600 (MBK)<br><br>(Jointly Administered)<br><br>Chapter 11 |

**NOTICE OF ADJOURNMENT OF FIRST MEETING**
**OF CREDITORS PURSUANT TO 11 U.S.C. § 341(a)**

**PLEASE TAKE NOTICE** that the First Meeting of Creditors for the above-captioned debtor and debtor-in-possession has been **ADJOURNED** to **May 17, 2018 at 11:00 a.m.**  The 341(a) meeting will be held at Clarkson S. Fisch Federal Courthouse, 402 East State Street, Room 129, Trenton, NJ 08608-1507.  Creditors may attend the meeting, but are not required to do so.

　　　　　　　　　　　　　　　　　　　　**SILLS CUMMIS & GROSS, P.C.**
　　　　　　　　　　　　　　　　　　　　*Counsel for Debtors and Debtors-in-Possession.*

Dated:  April 18, 2018　　　　　　　　By: /s/ Valerie A. Hamilton
　　　　　　　　　　　　　　　　　　　　　　　Valerie A. Hamilton

2210635 v1