UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**Order Filed on April 24, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Princeton Alternative Income Fund, LP

Case No.: 18-14603

Adv. No.:

Hearing Date:

Judge: Michael B. Kaplan

ORDER COMPELLING PRODUCTION OF DOCUMENTS AND EXAMINATION OF PRINCETON ALTERNATIVE INCOME FUND, L.P. AND PRINCETON ALTERNATIVE FUNDING LLC PURSUANT TO FED.R.BANKR. P. 2004 AND D.N.J. LBR 2004-1

    The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 24, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

BALLARD SPAHR LLP
A Pennsylvania Limited Liability Partnership
By:   Dean C. Waldt, Esq.
      David J. Haworth, Esq.
      David J. Margules*
      Timothy D. Katsiff*
210 Lake Drive East, Suite 200
Cherry Hill, New Jersey 08002
Telephone: (856) 761-3400
Facsimile: (856) 761-1020
*Pro Hac Vice*

Attorneys for Ranger Specialty Income Fund, L.P.,
Ranger Alternative Management II, L.P., and
Ranger Direct Lending Fund Trust

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Hon. Michael B. Kaplan |
| Princeton Alternative Income Fund, LP, et al., | Lead Case No. 18-14603 (MBK) (Jointly Administered) |
| Debtors-In-Possession. | Chapter 11 |
| | Hearing Date: April 13, 2018 at 10:00 a.m. |

**ORDER COMPELLING PRODUCTION OF DOCUMENTS AND EXAMINATION OF PRINCETON ALTERNATIVE INCOME FUND, L.P. AND PRINCETON ALTERNATIVE FUNDING, LLC PURSUANT TO FED. R. BANKR. P. 2004 AND D.N.J. LBR 2004-1**

Upon consideration of the Motion filed by Ranger Specialty Income Fund, L.P., Ranger Direct Lending Fund Trust, and Ranger Alternative Management, II, L.P. (collectively, "Ranger"), seeking an Order Compelling Production of Documents and Examination of Princeton Alternative Income Fund, L.P. and Princeton Alternative Funding, LLC (the "PAIF") pursuant to Fed. R. Bankr. P. 2004 and D.N.J. LBR 2004-1 filed at ECF No. 49 (the "Motion"), and good cause appearing therefore,

**IT IS HEREBY ORDERED** as follows:

1. The Motion is **GRANTED IN PART, as follows:**

2. PAIF shall instruct its audit firm, Freidman, to respond to inquiries and requests for information from Deloitte, LP as the public auditors for Ranger Direct Lending Fund PLC, to the full extent such activities are within the scope of Friedman's contractual retention arrangements with PAIF;

3. The representative of PAIF most knowledgeable about audit and valuation matters shall appear for an examination under Fed. R. Bankr. P 2004 at the offices of counsel for Ranger, Ballard Spahr, LLP, at 210 East Lake Dr. Suite 200, Cherry Hill, New Jersey at 10:00 a.m. on April 24, 2018; and

4. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.