UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SILLS CUMMIS & GROSS, P.C.
Valerie A. Hamilton, Esq.
600 College Road East
Princeton, NJ 08540
Tel: (609) 227-4600
vhamilton@sillscummis.com
Proposed Attorneys for Debtors-in-Possession

Order Filed on May 3, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
PRINCETON ALTERNATIVE INCOME FUND, L.P.,
                    Debtor.

Case No.:   18-14603 (MBK)
Chapter:    11
Judge:      Kaplan

## ORDER AUTHORIZING RETENTION OF
## SILLS CUMMIS & GROSS, NUNC PRO TUNC

The relief set forth on the following page is **ORDERED**.

**DATED: May 3, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____Sills Cummis & Gross, PC_____
as _____counsel for the Debtor_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: 600 College Road East
   Prineeton, NJ 08540

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is ~~the date the application was filed with the Court~~ March 9, 2018.

*rev.8/1/15*