UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

BALLARD SPAHR LLP
A Pennsylvania Limited Liability Partnership
By: Dean C. Waldt, Esq.
210 Lake Drive East, Suite 200
Cherry Hill, New Jersey 08002
Telephone: (856) 761-3400
Facsimile: (856) 761-1020
Attorneys for Ranger Specialty Income Fund, L.P., Ranger Alternative Management, II, L.P., and Ranger Direct Lending Fund Trust

In Re:

Princeton Alternative Income Fund, LP, et al.,

Debtors-In-Possession.

Case No.: 18-14603
Chapter: 11
Adv. No.: 
Hearing Date: 05/07/18 at 10:00a.m.
Judge: Hon. Michael Kaplan

## CERTIFICATION OF SERVICE

1. I, Tasha M. Hart :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for Dean C. Waldt, Esq., who represents Ranger in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On May 3, 2018, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice (Dkt No. 133);
   Motion to Hold Debtors in Contempt of Order and Impose Monetary Sanctions (Dkt No. 125);
   Application to Shorten Time re Motion to Hold Debtors in Contempt of Order and Impose Monetary Sanctions (Dkt. No. 126 and 127)

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: May 3, 2018

/s/ Tasha M. Hart
Signature

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| Valerie A. Hamilton, Esq.<br>George R. Hirsch, Esq.<br>SILLS CUMMIS & GROSS P.C.<br>600 College Road East<br>Princeton, New Jersey 08540<br>vhamilton@sillscummis.com<br>ghirsch@sillscummis.com | Counsel for Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |