| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| SILLS CUMMIS & GROSS P.C.<br>Valerie A. Hamilton, Esq.<br>George R. Hirsch, Esq.<br>600 College Road East<br>Princeton, New Jersey  08540<br>Tel.:  (609) 227-4600<br>Fax:  (609) 227-4646<br>*Counsel for the Debtors and Debtors-In-Possession* | |
| In re:<br><br>PRINCETON ALTERNATIVE INCOME FUND, LP<br><br>                                  Debtor-In-Possession. | Hon. Michael B. Kaplan<br><br>Lead Case No. 18-4603 (MBK)<br>(Jointly Administered)<br><br>Chapter 11 |

## CERTIFICATION OF SERVICE

I, Valerie A. Hamilton, certify as follows:

1. I am Of Counsel to the law firm of Sills Cummis & Gross P.C., counsel for the Debtors and Debtors-In-Possession in this matter.

2. On May 4, 2018, I mailed a copy of the following pleadings and/or documents to each of the parties identified on Exhibit A:

- Motion for Entry of an Order Authorizing and Directing the Redaction or Sealing of Certain Documents and Pleadings Filed with the Court and for Related Relief [Docket No. 136].

I certify under penalty of perjury that, in addition to service on all parties receiving electronic notice via CM/ECF, the above documents were sent using the mode of service indicated.

Date:  May 4, 2018                                              */s/ Valerie A. Hamilton*_____
                                                                           VALERIE A. HAMILTON

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Benjamin Teich, US Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102-5235 | US Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>■ E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other <u>FedEx Overnight</u><br>(as authorized by the Court*) |
| Dean C. Waldt, Esq.<br>David A. Haworth, Esq.<br>Ballard Spahr LLP<br>210 Lake Drive East, Suite 200<br>Cherry Hill, NJ 08002-1163 | Counsel to Ranger Alternative Management, II, L.P., Ranger Specialty Income Fund, L.P.. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>■ E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other <u>FedEx Overnight</u><br>(as authorized by the Court*) |
| Timothy D. Katsiff, Esq.<br>Ballard Spahr LLP<br>1735 Market St. 51st Floor<br>Philadelphia, PA 19103-759 | Counsel to Ranger Alternative Management, II, L.P., Ranger Specialty Income Fund, L.P.. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>■ E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other <u>FedEx Overnight</u><br>(as authorized by the Court*) |
| David J. Margules, Esq.<br>Ballard Spahr LLP<br>919 N. Market St., 11th Fl.<br>Wilmington, DE 19801-3034 | Counsel to Ranger Alternative Management, II, L.P., Ranger Specialty Income Fund, L.P.. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>■ E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other <u>FedEx Overnight</u><br>(as authorized by the Court*) |
| Derek J. Baker, Esq.<br>Reed Smith LLP<br>Princeton Forrestal Plaza<br>136 Main St Ste 250<br>Princeton, NJ 08540-5789 | Counsel to Ranger Alternative Management, II, L.P., Ranger Specialty Income Fund, L.P.. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>■ E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other <u>FedEx Overnight</u><br>(as authorized by the Court*) |
| PAIF Limited Partners # 1 through 10 (directly or through appearing counsel) | | X   Email |

5396802 v1 Certificate of Service - Motion Authorizing Redaction

| | | |
|---|---|---|
| See attached **Exhibit A** | Interested Parties | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>■ E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other <u>FedEx Overnight</u> (as authorized by the Court*) |

## Exhibit A

Ace Small Claims Service
5981 W 76th St
Los Angeles, CA 90045-1617

Centrinex LLC
11944 W 95th St # 147
Overland Park, KS 66215-3801

JAMS, Inc.
Attn: Thomas Clark
1717 Arch Street
Suite 3810
Philadelphia, PA 19103 USA

Geoffrey Kercsmar, Esq.
Kercsmar & Feltus PLLC
7150 E Camelback Rd Ste 285
Scottsdale, AZ 85251-1225

Krovatin Klingman, LLC
Attn: Gerald Krovatin, Esq.
60 Park Pl Ste 1100
Newark, NJ 07102-5515

Law Offices of Amy N. Tirre, A Prof Corp
3715 Lakeside Dr Ste A
Reno, NV 89509-5349

Mainstream Fund Services, Inc.
4175 Veterans Memorial Hwy Ste 204
Ronkonkoma, NY 11779-7639

New Jersey Division of Taxation
Compliance and Enforcement – Bkcy Unit
50 Barrack St Fl 9
Trenton, NJ 08608

Pepper Hamilton LLP
Attn: Angelo Stio, III, Esq.
301 Carnegie Center Blvd #400
Princeton, NJ 08540

Securities Exchange Commission
New York Regional
3 World Financial Ctr Ste 400
New York, NY 10281-1013

Stevens & Lee, P.C.
Attn: John C. Kilgannon, Esq.
Princeton Pike Corporate Center
100 Lenox Drive, Suite 200
Lawrenceville, NJ 08648

Stevens & Lee, P.C.
Attn: Joseph H. Huston, Jr., Esq.
919 North Market Street, Suite 1300
Wilmington, DE 19801

Ricardo Solano, Jr.
Friedman Kaplan Seiler & Adelman LLP
One Gateway Center, 25th Floor
Newark, NJ 07102-5311