UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SILLS, CUMMIS & GROSS P.C.
Valerie A. Hamilton
George R. Hirsch
600 College Road East
Princeton, NJ 08540
Tel.: 609-227-4600
Fax: 609-227-4646
Email:  vhamilton@sillscummis.com
            ghirsch@sillscummis.com
Proposed Attorneys for the Debtor

**Order Filed on May 3, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

PRINCETON ALTERNATIVE INCOME FUND, LP, et al,
            Debtors.

Case No.:    18-14603 (MBK)

Chapter:    11

Judge:    Kaplan

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: May 3, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

After review of the application of  Sills Cummis & Gross, counsel for Debtors  for the reduction of time for a hearing on  Debtors' motion for authority to pay pre-petition claim of critical vendor, Pepper Hamilton, LLP  under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on   May 9th , 2018   at  10:00am  in the United States Bankruptcy Court,   402 East State Street, Trenton, NJ 08608  , Courtroom No.   8  .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:  US Trustee's Office, 20 largest creditors of each of the Debtors, and all parties requesting notice pursuant to Fed. R. Bankr. P. 2002.

by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax,   ☒ overnight mail,   ☐ regular mail,   ☒ email,   ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
_____
_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,   ☐ overnight mail,   ☐ regular mail,   ☐ email,   ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

☐ may be presented orally at the hearing.

8.  ☒ Court appearances are required to prosecute the motion/application and any objections.

☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-14603-MBK
Princeton Alternative Income Fund, LP                                     Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: May 03, 2018
                              Form ID: pdf903          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 05, 2018.
db            Princeton Alternative Income Fund, LP,   100 Canal Pointe Blvd,   Ste 208,
               Princeton, NJ 08540-7063
aty          +Sills Cummis & Gross, P.C.,   650 College Road East,   Princeton, NJ 08540-6603

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2018                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 3, 2018 at the address(es) listed below:
              Benjamin  Teich    on behalf of U.S. Trustee    U.S. Trustee Benjamin.Teich@usdoj.gov
              David A. Haworth    on behalf of Creditor    Ranger Specialty Income Fund, L.P.
               haworthd@ballardspahr.com,    sharpm@ballardspahr.com
              David A. Haworth    on behalf of Creditor    Ranger Alternative Management, II, L.P.
               haworthd@ballardspahr.com,    sharpm@ballardspahr.com
              David A. Haworth    on behalf of Creditor    Ranger Direct Lending Fund Trust
               haworthd@ballardspahr.com,    sharpm@ballardspahr.com
              Dean C. Waldt    on behalf of Creditor    Ranger Direct Lending Fund Trust waldtd@ballardspahr.com,
               hartt@ballardspahr.com;SinghM@ecf.courtdrive.com
              Dean C. Waldt    on behalf of Creditor    Ranger Alternative Management, II, L.P.
               waldtd@ballardspahr.com,    hartt@ballardspahr.com;SinghM@ecf.courtdrive.com
              Dean C. Waldt    on behalf of Creditor    Ranger Specialty Income Fund, L.P.
               waldtd@ballardspahr.com,    hartt@ballardspahr.com;SinghM@ecf.courtdrive.com
              Derek J. Baker    on behalf of Interested Party    MicroBilt Corporation dbaker@reedsmith.com
              George R. Hirsch    on behalf of Debtor    Princeton Alternative Income Fund, LP
               ghirsch@sillscummis.com,    mdelgiudice@sillscummis.com
              George R. Hirsch    on behalf of Debtor    Princeton Alternative Funding LLC
               ghirsch@sillscummis.com,    mdelgiudice@sillscummis.com
              Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov,
               jeffrey.m.sponder@usdoj.gov
              John C. Kilgannon    on behalf of Interested Party    admin jck@stevenslee.com
              John C. Kilgannon    on behalf of Interested Party    Covenant Strategic Income Fund Series
               Interests of the SALI Multi-Series Fund II 3(c)(1), LP jck@stevenslee.com
              Timothy H Caine    on behalf of Debtor    Princeton Alternative Funding LLC tcaine@kslaw.com
              Timothy H Caine    on behalf of Debtor    Princeton Alternative Income Fund, LP tcaine@kslaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Valerie A. Hamilton    on behalf of Debtor    Princeton Alternative Income Fund, LP
               vhamilton@sillscummis.com
              Valerie A. Hamilton    on behalf of Debtor    Princeton Alternative Funding LLC
               vhamilton@sillscummis.com
                                                                                              TOTAL: 18