# Sills Cummis & Gross
A Professional Corporation

**600 College Road East**
**Princeton, New Jersey 08540**
**Tel: (609) 227-4600**
**Fax (609) 227-4646**

The Legal Center
One Riverfront Plaza
Newark, NJ 07102
Tel: (973) 643-7000
Fax: (973) 643-6500

**Valerie A. Hamilton**
**Of Counsel**
**Admitted In NJ, NY, PA**
**Direct Dial: 609-227-4608**
**Email: vhamilton@sillscummis.com**

101 Park Avenue
28th Floor
New York, NY 10178
Tel: (212) 643-7000
Fax: (212) 643-6500

May 11, 2018

**By CM/ECF and E-mail**

Honorable Michael B. Kaplan
United States Bankruptcy Court
District of New Jersey
402 East State Street
Trenton, N.J. 08608

      Re:    **Princeton Alternative Income Fund, LP, Debtor**
            **Case No. 18-14603 (MBK)**

Dear Judge Kaplan:

      This firm represents the above-referenced debtors and debtors in possession. This Court has scheduled an evidentiary hearing on the Debtors' motion relating to confidentiality issues ("Motion") for May 12, 2018 at 1:00 p.m.

      We wish to advise the Court and interested parties that the Debtors plan to call Jack Cook and Walt Wojciechowski as witnesses at the hearing. They are expected to testify regarding the need to maintain the confidentiality of certain information in these cases, including the Debtors' customer and investor lists, documents that were produced in accordance with the Confidentiality Order entered in the pending JAMS arbitration, and other commercially sensitive information; the Debtors' contractual obligations relating to confidentiality; the actions the Debtors have taken to preserve confidentiality; and the Debtors' response to any objection asserted by a party-in-interest to the Motion and the relief requested therein.

      Very truly yours,

      VALERIE A. HAMILTON

VAH/jlt