| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** | |
| SILLS CUMMIS & GROSS P.C.<br>Valerie A. Hamilton, Esq.<br>vhamilton@sillscummis.com<br>George R. Hirsch, Esq.<br>ghirsch@sillscummis.com<br>600 College Road East<br>Princeton, New Jersey  08540<br>Tel.:  (609) 227-4600<br>Fax:  (609) 227-4646<br>*Proposed Attorneys for the Debtors and Debtors-In-Possession* | Order Filed on May 11, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>PRINCETON ALTERNATIVE INCOME FUND, LP, et al.,<br><br>    Debtors-In-Possession. | Hon. Michael B. Kaplan<br><br>Lead Case No. 18-14603 (MBK)<br>(Jointly Administered)<br><br>Chapter 11 |

### ORDER GRANTING DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE PAYMENT OF CERTAIN PREPETITION CLAIMS OF <u>CRITICAL VENDORS ASSOCIATED WITH JAMS ARBITRATION</u>

The relief set forth on the following pages, numbered two (2) through three (3), is hereby

ORDERED.

**DATED: May 11, 2018**

_/s/ Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor:  In re Princeton Alternative Funding, LLC, Case No. 18-14600 (MBK)
Debtor:  In re Princeton Alternative Income Fund, LP, Case No. 18-14603 (MBK)
Order Granting Debtors' Motion for Entry of an Order Authorizing the Payment of Certain Prepetition Claims of Critical Vendors Associated with JAMS Arbitration

THIS MATTER having come before the Court upon the motion ("Motion") by the above-captioned debtors and debtors-in-possession (the "Debtors"), for the entry of an order authorizing the payment of certain pre-petition claims of critical vendors associated with the pending JAMS Arbitration; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334(b); and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having considered the Motion, the responses thereto, if any, and any reply; and the Court having held a hearing on the Motion on  May 2 , 2018 (the "Hearing") to consider the relief requested in the Motion and the responses thereto; and it appearing that the relief requested is in the best interests of the Debtors, their estates, their creditors and equity holders and all other parties in interest; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and after due deliberation and sufficient caue appearing therefor;

**IT IS HEREBY ORDERED THAT**:

1.    The Motion is GRANTED in its entirety.

2.    The Debtors are authorized, but not directed, in their sole discretion and in the reasonable exercise of their business judgment, to pay the pre-petition claims of Pepper Hamilton LLP and JAMS as critical vendors of the Debtors.

3.    Notwithstanding the applicability of Bankruptcy Rule 6004(b), the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4.    This Court shall retain jurisdiction over all matters relating to the interpretation and implementation of this Order.