**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
SILLS CUMMIS & GROSS P.C.
Valerie A. Hamilton, Esq.
George R. Hirsch, Esq.
600 College Road East
Princeton, New Jersey  08540
Tel.:  (609) 227-4600
Fax:  (609) 227-4646
*Counsel for the Debtors and Debtors-In-Possession*

| In re: | Hon. Michael B. Kaplan |
|---|---|
| PRINCETON ALTERNATIVE INCOME FUND, LP et al., | Case No. 18-14603 (MBK) |
|  | (Jointly Administered) |
| Debtors-In-Possession. | Chapter 11 |
| In re: | Hon. Michael B. Kaplan |
| PRINCETON ALTERNATIVE FUNDING, LLC, | Case No. 18-14600 (MBK) |
|  | (Jointly Administered) |
| Debtors-In-Possession. | Chapter 11 |

**CERTIFICATION OF SERVICE**

I, Valerie A. Hamilton, certify as follows:

1. I am Of Counsel to the law firm of Sills Cummis & Gross P.C., counsel for the Debtors and Debtors-In-Possession in these matters.

2. On May 15, 2018, I mailed a copy of the following pleadings and/or documents to each of the parties identified on Exhibit A:

- Notice of Adjournment of First Meeting of Creditors Pursuant to 11 U.S.C. § 341(a).

I certify under penalty of perjury that, in addition to service on all parties receiving electronic notice via CM/ECF, the above documents were sent using the mode of service indicated.

Date: May 16, 2018                                                */s/ Valerie A. Hamilton*
                                                                              VALERIE A. HAMILTON

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| Benjamin Teich, US Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102-5235 | US Trustee | □ Hand-delivered<br>■ Regular mail<br>□ Certified mail/RR<br>□ E-mail<br>■ Notice of Electronic Filing (NEF)<br>□ Other _____<br>(as authorized by the Court*) |
| See attached **Exhibit A** | Interested Parties | □ Hand-delivered<br>■ Regular mail<br>□ Certified mail/RR<br>□ E-mail<br>□ Notice of Electronic Filing (NEF)<br>□ Other _____<br>(as authorized by the Court*) |

**Exhibit A**

Ace Small Claims Service
5981 W 76th St
Los Angeles, CA 90045-1617

Arnall Golden Gregory LLP
171 17th St NW Ste 2100
Atlanta, GA 30363-1031

Centrinex LLC
11944 W 95th St # 147
Overland Park, KS 66215-3801

Delaware Business Incorporators Inc.
3422 Old Capitol Trl Ste 700
Wilmington, DE 19808-6124

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

JAMS, Inc.
PO Box 845402
Los Angeles, CA 90084-0012

Kercsmar & Feltus PLLC
7150 E Camelback Rd Ste 285
Scottsdale, AZ 85251-1225

Krovatin Klingman, LLC
60 Park Pl Ste 1100
Newark, NJ 07102-5515

Law Offices of Amy N. Tirre, A Prof Corp
3715 Lakeside Dr Ste A
Reno, NV 89509-5349

Mainstream Fund Services, Inc.
4175 Veterans Memorial Hwy Ste 204
Ronkonkoma, NY 11779-7639

New Jersey Division of Taxation
Compliance & Enfment - Bkcy Unit
50 Barrack St Fl 9
Trenton, NJ 08608-2006

Pepper Hamilton LLP
Hercules Plaza
1313 Market St Ste 5100
Philadelphia, PA 19107-2500

Reed Smith LLP
Princeton Forrestal Plaza
136 Main St Ste 250
Princeton, NJ 08540-5789

Robert P. Farrell
10 Darvel Dr
West Windsor, NJ 08550-3221

Robert Szostak
1021 Wheldon Shivers Drive
Ewing, NJ  08628

Securities Exchange Commission
New York Regional
3 World Financial Ctr Ste 400
New York, NY 10281-1013

Shaw Fishman Glantz & Towbin
321 N Clark St Ste 800
Chicago, IL 60654-4766

Velocity Ventures Group
4864 Sparks Blvd
Sparks, NV 89436-8208

VoApps
6100 Lake Forrest Dr Ste 560
Sandy Springs, GA 30328-3890

ARM Capacity of NY LLC
1 International Blvd
Mahwah, NJ 07495-0020

Allegra
1200 Ernest W Barrett Pkwy NW Ste 116
Kennesaw, GA 30144-4506

Alonzo Primus
9909 Via Bernini
Lake Worth, FL 33467-6939

Barden Communications LLC
808 Columbus Ave Apt 168
New York, NY 10025-5139

Cole-Frieman & Mallon LLP
1 Sansome St Ste 1895
San Francisco, CA 94104-4432

Compass Security Corporation
50 Braintree Hill Park Ste 105
Braintree, MA 02184-8737

First Insurance Funding Corp.
450 Skokie Blvd Ste 1000
Northbrook, IL 60062-7917

Delaware Secretary of State
401 Federal St
Dover, DE 19901-3639

Dell Financial Services
Payment Processing Center
PO Box 6410
2101
Carol Stream, IL 60197-6410

Deluxe McBee
PO Box 88042
Chicago, IL 60680-1042

Dilworth Paxson LLP
1500 Market St Ste 3500
Philadelphia, PA 19102-2101

Fundadministration
4175 Veterans Memorial Hwy Ste 204
Ronkonkoma, NY 11779-7639

Gold Drives USA
10 Darvel Dr
Princeton Junction, NJ 08550-3221

Hartford Insurance
PO Box 660916
Dallas, TX 75266-0916

(p)IPFS Corporation
30 Montgomery Street
Suite 1000
Jersey City, NJ 07302-3865

King and Spalding LLP
1180 Peachtree St NE
Atlanta, GA 30309-7525

LJP Consulting LLC
114 Tammy Ln
Mickleton, NJ 08056-1024

Liggett, Vogt & Webb P.A.
432 Park Ave S Fl 10
New York, NY 10016-8004

PMS Corporate Services, Inc.
1313 Market Street Ste 5100
Philadelphia, PA 19107-2500

Paragon Advisory Services, Inc.
13 Old Kings Hwy N # 288
Darien, CT 06820-4607

PRegin
60 E 42nd St Ste 630
New York, NY 10165-0007

PrimePoint
2 Springside Rd
Mt Holly, NJ 08060-5644

RSM US LLP
30 S 17th St Ste 710
Philadelphia, PA 19103-4004

Selective Insurance Company of America
40 Wantage Ave
Branchville, NJ 07890-0001

State of Texas
4000 Jackson Ave Bldg 1
Austin, TX 78731-6053

Thomson Reuters Expert Witness Service
39921 Treasury Ctr
Chicago. IL 60694-9000

VCorp
25 Robert Pitt Dr Ste 204
Monsey, NY 10952-3366

AltFi Ltd.
WeWork Spitalfields
1 Primrose Street
London  EC2A 2EX
Great Britain/UK

Bedell Cristin LLP
Level 25 North Tower
One Raffles Quay
Singapore  048583
Singapore
65 6622 5514

Dean C. Waldt, Esq.
David A. Haworth, Esq.
Ballard Spahr LLP
210 Lake Drive East, Suite 200
Cherry Hill, NJ 08002-1163

Timothy D. Katsiff, Esq.
Ballard Spahr LLP
1735 Market St. 51st Floor
Philadelphia, PA 19103-759

David J. Margules, Esq.
Ballard Spahr LLP
919 N. Market St., 11th Fl.
Wilmington, DE 19801-3034

Derek Baker, Esq.
Reed Smith LLP
Princeton Forrestal Plaza
136 Main St Ste 250
Princeton, NJ 08540-5789

Stevens & Lee, P.C.
Attn: John C. Kilgannon, Esq.
Princeton Pike Corporate Center
100 Lenox Drive, Suite 200
Lawrenceville, NJ 08648

Stevens & Lee, P.C.
Attn: Joseph H. Huston, Jr., Esq.
919 North Market Street, Suite 1300
Wilmington, DE 19801

Ricardo Solano, Jr.
Friedman Kaplan Seiler & Adelman LLP
One Gateway Center, 25th Floor
Newark, NJ 07102-5311