# Sills Cummis & Gross
### A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102
Tel. No: (973) 643-7000
Fax No: (973) 643-6500

101 Park Avenue
28th Floor
New York, NY 10178
Tel. No: (212) 643-7000
Fax No: (212) 643-6500

**George R. Hirsch**
Member
Admitted In MA, ME, NJ, NY
Direct Dial: (973) 643-5679
E-Mmail: ghirsch@sillscummis.com

600 College Road East
Princeton, NJ 08540
Tel. No: (609) 227-4600
Fax No: (609) 227-4646

October 8, 2018

**By CM/ECF**

Clerk of the Court
United States Bankruptcy Court
Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

    Re:    **Princeton Alternative Income Fund, LP, et al., Debtors**
              **Lead Case No. 18-14603 (MBK)**
              **Withdrawal of Docket Entry 339**

Dear Sir/Madam:

    We write to request the withdrawal of Docket Entry 339, filed on October 3, 2018 ("Monthly Fee Statement. For the Month of July 2018. Objection Date is 10/17/2018. Filed by George R. Hirsch on behalf of Princeton Alternative Income Fund, LP. (Hirsch, George)") because the docket text contains an error.

    The same document that was filed at Docket Entry 339 was subsequently filed at Docket Entry 341 on October 3, 2018 with the correct docket text ("Monthly Fee Statement. For the Month of July 2018. Objection Date is 10/17/2018. Filed by George R. Hirsch on behalf of Sills Cummis & Gross, P.C. (Hirsch, George)").

    Thank you for considering this request.

                                                        Respectfully,

                                                        George R. Hirsch

GRH/msk
Enclosure