SILLS CUMMIS & GROSS P.C.
George R. Hirsch, Esq.
Laura M. Kessler, Esq.
ghirsch@sillscummis.com
lkessler@sillscummis.com
One Riverfront Plaza
Newark, New Jersey 07102
Tel: (973) 643-7000
Fax: (973) 643-6500
*Attorneys for the Debtors*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>PRINCETON ALTERNATIVE INCOME FUND, LP, et al.,<br>Debtors. | Hon. Michael B. Kaplan<br><br>Case No.: 18-14603 (MBK)<br>(Jointly Administered)<br><br>Chapter 11 |

**<u>WITHDRAWAL OF APPEARANCE</u>**

**PLEASE TAKE NOTICE** that George R. Hirsch, Esq. hereby withdraws his appearance on behalf of the Debtors and Debtors-in-Possession in the referenced bankruptcy cases for all purposes.

Dated: November 12, 2018

SILLS CUMMIS & GROSS, P.C.

By: <u>/s/ *George R. Hirsch*</u>
George R. Hirsch