SILLS CUMMIS & GROSS P.C.
George R. Hirsch, Esq.
Laura M. Kessler, Esq.
ghirsch@sillscummis.com
lkessler@sillscummis.com
One Riverfront Plaza
Newark, New Jersey 07102
Tel: (973) 643-7000
Fax: (973) 643-6500
*Attorneys for the Debtors*

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>PRINCETON ALTERNATIVE INCOME FUND, LP, et al.,<br><br>       Debtors. | Hon. Michael B. Kaplan<br><br>Case No.: 18-14603 (MBK)<br>(Jointly Administered)<br><br>Chapter 11 |

**WITHDRAWAL OF APPEARANCE AND REQUEST
FOR REMOVAL FROM SERVICE LIST**

**PLEASE TAKE NOTICE** that Laura M. Kessler, Esq. hereby withdraws her appearance on behalf of the Debtors and Debtors-in-Possession in the referenced bankruptcy cases for all purposes.

**PLEASE TAKE FURTHER NOTICE** that Laura M. Kessler hereby requests that she be removed from the official mailing matrix and any other service lists maintained in these cases.

Dated: November 12, 2018                              SILLS CUMMIS & GROSS, P.C.

                                                                             By: */s/ Laura M. Kessler*
                                                                                    Laura M. Kessler