WOLLMUTH MAHER & DEUTSCH LLP
Paul R. DeFilippo
James N. Lawlor
51 JFK Parkway
First Floor West
Short Hills, New Jersey 07078
  - and-
500 Fifth Avenue
New York, New York 10110
Tel: (212) 382-3300
Fax: (212) 382-0050
pdefilippo@wmd-law.com
jlawlor@wmd-law.com

*Proposed Counsel for Matthew Cantor, Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

---------------------------------------------------------------x
                                                               :
In re:                                                         :  Case No: 18-14603 (MBK)
                                                               :
PRINCETON ALTERNATIVE INCOME FUND,                             :  Chapter 11
L.P., et. al.,[1]                                              :
                                                               :
      Debtors.                    :
                                                               :
---------------------------------------------------------------x

**NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF NOTICES
AND DOCUMENTS, AND REQUEST FOR ADDITION TO MATRIX**

**PLEASE TAKE NOTICE** that pursuant to section 1109 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.*, and Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, Matthew Cantor, as trustee, appears through his counsel, Wollmuth Maher & Deutsch LLP, and request service of all notices and documents herein upon:

---

[1] The Debtors are Princeton Alternative Income Fund, L.P. and Princeton Alternative Funding, LLC.

James N Lawlor, Esq.
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue
New York, New York 10110
Tel: (212) 382-3300
jlawlor@wmd-law.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request for service includes all pleadings of any kind, including, without limitation, all notices, applications, motions, complaints and orders, whether written or oral, formal or informal, however transmitted or conveyed, related in any way to the above-captioned Debtors their property or their estates.

**PLEASE TAKE FURTHER NOTICE** that neither this *Notice of Appearance, Request for Service of Notices and Documents,* a*nd Request for Addition to Matrix* (the "Notice") nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in noncore matters entered only after *de novo* review by a District Judge, (ii) the right to trial by jury in any proceeding triable in these cases or any case, controversy, or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (v) an election of remedies, or (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:  New York, New York
November 13, 2018

WOLLMUTH MAHER & DEUTSCH LLP

By: ___/s/ **James N. Lawlor**_____
James N. Lawlor

*Proposed Counsel for Matthew Cantor, Chapter 11 Trustee*

2