**UNITED STATES BANKRUPTCY**
**COURT DISTRICT OF NEW JERSEY**
**ARTHUR J. ABRAMOWITZ, ESQUIRE**
**BRUCE S. LUCKMAN, ESQUIRE**
**SHERMAN, SILVERSTEIN, KOHL,**
**ROSE & PODOLSKY, P.A.**
308 Harper Drive, Suite 200
Moorestown, New Jersey 08057
856-662-0700
aabramowitz@shermansilverstein.com
bluckman@shermansilverstein.com

*Attorneys For Princeton Alternative Funding,*
*LLC and Princeton Alternative Income Fund,*
*LP, Debtors and Microbilt Corporation*

| | |
|---|---|
| In Re:<br><br>PRINCETON ALTERNATIVE FUNDING,<br>LLC and PRINCETON ALTERNATIVE<br>INCOME FUND, LP,<br>               Debtors. | Case No. **18-14603 (MBK)**<br>**(Jointly Administered)**<br><br>Chapter 11<br><br>Judge: Hon. Michael B. Kaplan<br><br>HEARING DATE: _____, 2018 at ____<br><br>**ORAL ARGUMENT REQUESTED** |

**JOINT NOTICE OF MOTION OF PRINCETON ALTERNATIVE FUNDING, LLC.**
**PRINCETON ALTERNATIVE INCOME FUND, LP. AND MICROBILT**
**CORPORATION PURSUANT TO FED. R. BANKR. P. 8005**
**FOR A STAY PENDING APPEAL OF THE ORDER APPOINTING**
**CHAPTER 11 TRUSTEE**

TO:    All Parties-in-Interest

PLEASE TAKE NOTICE that on the date herein, Princeton Alternative Funding, LLC

and Princeton Alterative Income Fund, LP**,** the debtors in these Chapter 11 cases (the **"Cases"),**

by and through their counsel, Sherman, Silverstein, Kohl, Rose & Podolsky, P.A., and Microbilt

Corporation , through their attorneys Reed Smith filed a motion (the **"Stay Motion")** (with the

movants referred to as "Joint Appellants"),  pursuant to Rule 8005 of the Federal Rules of

Bankruptcy Procedure for a stay pending appeal the Order Appointing Chapter 11 Trustee

[Docket No. 389] in the jointly administered case and Orders Approving the Appointment of a Chapter 11 Trustee By Acting United States Trustee that is Docket No. 64 in Case No. 18-14600 and Docket No. 414 in Case No. 18-14603.  Pursuant to an Order Shortening Time served herewith, on **November _____, 2018 at ____,** the Joint Appellants shall move before the Honorable Michael B. Kaplan, United States Bankruptcy Judge, at the United States Bankruptcy Court, 402 East State Street, Trenton, New Jersey 08608, Courtroom #8, for the entry of an Order granting the Stay Motion.

PLEASE TAKE FURTHER NOTICE that in support of the Stay Motion, the undersigned shall rely on the accompanying Application, Declaration of John "Jack" Cook and Memorandum which collectively set forth the relevant factual and legal bases upon which the relief requested should be granted. A proposed Order granting the relief requested in the Stay Motion also is submitted herewith.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the relief requested in the Stay Motion shall be filed and served in accordance with the Order Shortening Time.

PLEASE TAKE FURTHER NOTICE that unless objections are timely filed and served, the Stay Motion shall be deemed uncontested in accordance with D.N.J. LBR 9013-1(a), and the relief requested may be granted without further notice or hearing.

PLEASE TAKE FURTHER NOTICE that the undersigned request oral argument on the return date of the Stay Motion.

**SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A.**
Attorneys for Princeton Alternative Funding, LLC and Princeton Alternative Income Fund, LP, Debtors

By:   /s/  Arthur J. Abramowitz
          Arthur J. Abramowitz
          Bruce S. Luckman

Dated:  November 20, 2018

2057008.1