**McMANIMON, SCOTLAND**
 **& BAUMANN, LLC**
75 Livingston Avenue
Roseland, New Jersey 07068
(973) 622-1800
Richard D. Trenk, Esq. (rtrenk@msbnj.com)
Robert S. Roglieri, Esq. (rroglieri@msbnj.com)
*Counsel for the Ad-Hoc Committee of Minority Shareholders*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| PRINCETON ALTERNATIVE INCOME FUND, LP, *et al.*,[1] | Case No. 18-14603 (MBK) |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of the following minority shareholders, who, in the collective, are the Ad-Hoc Committee of Minority Shareholders: Mattin Family Trust; Shinnecock Partners; Sierra Springs Diversified Income Fund LP; World Opportunity Master Fund, LP; Michael Schweaber (via Millenium Trust); Edward & Dohee Lim Living Trust; Robert Wade; Sirius Investments SICAV, Sub-Fund Reserva; Alexander Rugaev; and Marketplace Lending Investments LTD. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

Robert S. Roglieri, Esq.
McManimon, Scotland & Baumann, LLC
75 Livingston Avenue, 2nd Floor
Roseland, NJ 07068
973-622-1800 (phone)
973-622-7333 (fax)
Email:  rroglieri@msbnj.com

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Princeton Alternative Income Fund, LP (7875); and Princeton Alternative Funding, LLC (3349).

☒ All documents and pleadings of any nature.

                                           */s/ Robert S. Roglieri*
                                               Robert S. Roglieri

Dated: July 30, 2019