**McMANIMON, SCOTLAND**
 **& BAUMANN, LLC**
75 Livingston Avenue
Roseland, New Jersey 07068
(973) 622-1800
Richard D. Trenk, Esq. (rtrenk@msbnj.com)
Robert S. Roglieri, Esq. (rroglieri@msbnj.com)
*Counsel for the Ad-Hoc Committee of Minority Shareholders*

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>PRINCETON ALTERNATIVE INCOME FUND, LP, *et al.*,[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 18-14603 (MBK)<br><br>(Jointly Administered) |

### VERIFIED STATEMENT PURSUANT TO
### FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019

RICHARD D. TRENK, being of full age, hereby verifies as follows:

1. I am an attorney-at-law of the State of New Jersey, and a member of the firm McManimon, Scotland & Baumann, LLC ("MSB"). I am fully familiar with the facts and circumstances set forth herein.

2. This verification is being submitted pursuant to Fed. R. Bankr. P. 2019 and gives notice that MSB is representing more than one creditor in the above-captioned bankruptcy cases of Princeton Alternative Income Fund, LP, et al. (collectively, the "Debtors"). MSB is representing various minority shareholders identified herein, who, in the collective, formed the Ad-Hoc Committee of Minority Shareholders.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Princeton Alternative Income Fund, LP (7875); and Princeton Alternative Funding, LLC (3349).

3. Pursuant to Bankruptcy Rule 2019, MSB hereby provides notice of its representation of the minority shareholders identified below (the "Ad-Hoc Committee of Minority Shareholders") in the Debtors' cases:

| NAME AND ADDRESS | NATURE OF CLAIM OR INTEREST |
| --- | --- |
| Mattin Family Trust<br>c/o Christina Mattin<br>15 Earls Terrace<br>London W8 6LP, UK | Minority Shareholder |
| Shinnecock Partners<br>c/o Alan Snyder<br>10990 Wilshire Boulevard<br>Suite 1150<br>Los Angeles, CA 90024 | Minority Shareholder |
| Sierra Springs Diversified Income Fund LP<br>c/o Doug Zinke<br>17303 Avenleigh Drive<br>Ashton, MD 20861 | Minority Shareholder |
| World Opportunity Master Fund, LP<br>200 Red Gate Ter.<br>Canton, GA  30115 | Minority Shareholder |
| Michael Schweaber (via Millenium Trust)<br>Millenium Trust Co. LLC Custudian FBO Michael Schwaeber Rollover IRA xxxx291D6<br>2001 Spring Road, Suite 700<br>Oak Brook, IL 60523 | Minority Shareholder |
| Edward & Dohee Lim Living Trust<br>c/o Edward Lim<br>167 Linfield Drive<br>Menlo Park, CA 94025 | Minority Shareholder |
| Robert Wade<br>1820 Riverside Drive<br>Trenton, NJ 08618 | Minority Shareholder |

| NAME AND ADDRESS | NATURE OF CLAIM OR INTEREST |
|---|---|
| Sirius Investments SICAV, Sub-Fund Reserva<br>c/o Jon Vax<br>Jungmannovo Nam. 14<br>Prague 1<br>11 0 00<br>Cech Republic | Minority Shareholder |
| Alexander Rugaev<br>Komendantskiy pr. 17-1-973<br>St. Petersburg 197371<br>Russian Federation | Minority Shareholder |
| Marketplace Lending Investments LTD<br>5 Luke Street<br>London EC2A 4PX, UK | Minority Shareholder |

4. MSB holds no claims against nor does it have any interest in the Debtors, and it has not represented a committee or indenture trustee in these cases. Further, none of the Ad-Hoc Committee of Minority Shareholders is (a) a member of a committee or has served as an indenture trustee in these cases, or (b) acting in concert to advance their common interests. The Ad-Hoc Committee of Minority Shareholders are not affiliates or insiders of one another. MSB provides legal services to the Ad-Hoc Committee of Minority Shareholders with respect to matters related to these bankruptcy cases. The Ad-Hoc Committee of Minority Shareholders are aware of and have consented to MSB's representation in these cases.

5. The Ad-Hoc Committee of Minority Shareholders hold minority equity interests in the Debtors. The full amount of each of the Ad-Hoc Committee of Minority Shareholders' claims is undetermined at this time.

6. All of the information contained herein is intended solely to comply with Bankruptcy Rule 2019 and is not intended to be used for any other purpose. MSB and each of the Ad-Hoc Committee of Minority Shareholders reserve all of their rights, including the right to

3

supplement or amend this statement or the information contained herein pursuant to Bankruptcy Rule 2019.

7. The filing of this Verified Statement is without prejudice to any and all rights of Ad-Hoc Committee of Minority Shareholders and without waiving any such rights including without limitation: Ad-Hoc Committee of Minority Shareholders' rights to have final orders in non-core matters entered only after *de novo* review by a District Court Judge; Ad-Hoc Committee of Minority Shareholders' rights to trial by jury in any proceeding and any trial on their claims; Ad-Hoc Committee of Minority Shareholders' rights to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal or abstention to the extent not previously directed; Ad-Hoc Committee of Minority Shareholders' rights in not submitting themselves to the jurisdiction of the Bankruptcy Court; and/or any other rights, claims, actions, defenses, reclamations, setoffs, or recoupments to which Ad-Hoc Committee of Minority Shareholders are or may be entitled under any agreement, in law or in equity, all of which rights, claims, actions, defenses, reclamations, setoffs, and recoupments Ad-Hoc Committee of Minority Shareholders expressly reserve and maintain.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: July 30, 2019                                     /s/ *Richard D. Trenk*
                                                        RICHARD D. TRENK