UNITED STATES BANKRUPTCY COURT

District of New Jersey

| | | |
|---|---|---|
| In re: | Chapter: | 11 |
| Princeton Alternative Income Fund, LP | Case Number: | 18-14603 |
| | Civil Number: | |
| | Adversary Number: | |
| | Bankruptcy Judge: | Michael B. Kaplan |

**TRANSMITTAL OF DOCUMENT(S) TO:**
☒ **DISTRICT COURT**   ☐ **CIRCUIT COURT OF APPEALS**

The following items have been filed with our office, and are being transmitted:

☒ Notice of Appeal   ☒ Order being Appealed   ☐ Designation of Record on Appeal

☐ Statement of Issues   ☐ Transcript   ☐ Transcript Ordered On: _____

☐ Motion for Leave to Appeal   ☐ Certification of Failure to File Designation   ☐ Motion to Withdraw the Reference

☒ Other  Clerk's Certificate of Service

---

If a Notice of Appeal is being transmitted:

The Notice of Appeal was filed in our office on February 14, 2020. The parties to the appeal are:

Appellant(s): MicroBilt / Ad-Hoc Committee
Attorney: Derek J. Baker / Richard D. Trentk
Address: 506 Carnegie Center, Suite 300 / 75 Livingston Ave, Suite 201
Princeton, NJ 08540 / Roseland, NJ 07068

Appellee(s): Matthew Cantor, Trustee
Attorney: Paul R. DeFilippo
Address: 500 Fifth Avenue, 12th Floor
New York, New York 10110

Title of Order Appealed: #1079 ORDER APPROVING SETTLEMENT PURSUANT TO BANKRUPTCY RULE 9019

Date Entered On Docket: February 3, 2020

☐ An appeal has not previously been filed in this case.

☒ The following list contains information regarding all appeals previously filed in this case:

| District Court Case Number | District Court Judge Assigned | Date of Transmission of Record to District Court |
|---|---|---|
| 19-cv-15986 | Judge Michael A. Shipp | 7/29/2019 |
| 19-cv-17914 | Judge Brian R. Martinotti | 9/11/2019 |
| 19-cv-21974 | Judge Brian R. Martinotti | 12/27/2019 |

Court Clerk: Please complete the information below and return a copy of this form to _____ within 3 days.

Your Court's Case Number: _____   Judge assigned: _____

By: _____   Date: _____

*rev. 8/28/17*