UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

WOLLMUTH MAHER & DEUTSCH LLP
Paul R. DeFilippo
James N. Lawlor
51 JFK Parkway, First Floor West
Short Hills, NJ 07079
- and -
500 Fifth Ave.
New York, NY 10110
(212) 382-3300
pdefilippo@wmd-law.com
jlawlor@wmd-law.com
Attorneys for Matthew Cantor, Chapter 11 Trustee

In Re:

PRINCETON ALTERNATIVE INCOME FUND, LP, *et al.*,

Debtors.

Case No.: 18-14603 (MBK)

Chapter: 11

Adv. No.: _____

Hearing Date: _____

Judge: Hon. Michael Kaplan

# CERTIFICATION OF SERVICE

1. I, James N. Lawlor, Esq. :

   ☒ represent Matthew Cantor, Chapter 11 Trustee in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On March 12th, 2020, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   Amended Certificate of Balloting [Docket No. 1130], Proposed Order Approving Plan of Confirmation [Docket No. 1131]

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: March 12, 2020

/s/ James N. Lawlor
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Dean C. Waldt, Esq.<br>waldtd@ballardspahr.com<br>Timothy D. Katsiff, Esq.<br>katsifft@ballardspahr.com<br>Ballard Spahr LLP<br>210 Lake Drive East, Suite 200,<br>Cherry Hill, NJ 08002 | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF & Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Benjamin Teich, Esq.<br>Benjamin.Teich@usdoj.gov<br>Jeffrey M. Sponder, Esq.<br>Jeffrey.m.sponder@usdoj.gov<br>Office of U.S. Trustee<br>One Newark Center<br>Newark, NJ 07102 | Counsel for U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF & Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Stephanie L. Jonaitis<br>jonaitis@pepperlaw.com<br>Pepper Hamilton LLP<br>301 Carnegie Center, Ste 400<br>Princeton, NJ 08648 | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF & Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Joseph H. Huston, Jr., Esq.<br>jhh@stevenslee.com<br>Andreas Milliaressis, Esq.<br>adm@stevenslee.com<br>Stevens & Lee, P.C.<br>100 Lenox Drive, Suite 200<br>Lawrenceville, NJ 08648 | Counsel for Covenant Strategic Income Fund Series Interests of the SALI Multi-Series Fund II 3(c)(1), LP | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF & Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Derek J. Baker, Esq.<br>dbaker@reedsmith.com<br>Brian Martin Schenker<br>bschenker@reedsmith.com<br>Reed Smith LLP<br>136 Main Street<br>Suite 250<br>Princeton, NJ 08540 | Counsel for MicroBilt Corporation | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF & Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Sean O'Brien, Esq.<br>sobrien@lippes.com<br>Raymond L. Fink, Esq.<br>Lippes Mathias Wexler Friedman LLP<br>50 Fountain Plaza<br>Suite 1700<br>Buffalo, NY 14202 | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF & Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Ricardo Solano Jr., Esq.<br>rsolano@fklaw.com<br>Friedman Kaplan Seiler & Adelman LLP<br>One Gateway Center<br>25th Floor<br>Newark, NJ 07102 | Counsel for Sirius Investments SICA V | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF & Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Amy Elizabeth Vulpio<br>vulpioa@whiteandwilliams.com<br>White and Williams LLP<br>1800 One Liberty Place<br>Philadelphia, PA 19103 | Counsel for Endurance American Insurance Company | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF & Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Bruce S. Luckman, Esq.<br>bluckman@shermansilverstein.com<br>Arthur J. Abramowitz, Esq.<br>aabramowitz@shermansilverstein.com<br>Sherman, Silverstein, Kohl, Rose & Podolsky, P.A.<br>308 Harper Drive, Suite 200<br>Moorestown, NJ 08057 | Counsel for Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF & Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Angelo Anthony Stio, III<br>stioa@pepperlaw.com<br>Pepper Hamilton LLP<br>301 Carnegie Center<br>Ste 400<br>Princeton, NJ 08648 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF & Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Michael J. Duffy, Esq.<br>mduffy@mittslaw.com<br>Maurice R. Mitts<br>mmitts@mittslaw.com<br>MITTS LAW, LLC<br>1822 Spruce Street<br>Philadelphia, PA 19103 | Counsel for MicroBilt Corporation, MicroBilt Financial Services Corporation, Rosebud Management, LLC, Philip N. Burgess, Jr., Walter Wojciechowski, John "Jack" Cook, LJP Consulting, LLC, Princeton Alternative Funding Management, LLC and Alonzo J. Primus | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF & Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Ronald Gellert<br>rgellert@gsbblaw.com<br>Gellert Scali Busenkell & Brown, LLC<br>1201 North Orange Street<br>Suite 300<br>Wilmington, DE 19801 | Counsel the Ad-Hoc Committee of Minority Shareholders | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF & Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| United States Trustee<br>One Newark Center, Suite 2100<br>1085 Raymond Boulevard<br>Newark, New Jersey 07102<br>USTPRegion03.NE.ECF@usdoj.gov | United States Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF & Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Krovatin & Klingeman LLC<br>Attn: Gerald Krovatin, Esq.<br>gkrovatin@krovatin.com<br>60 Park Place<br>Suite 1100<br>Newark, NJ 07102 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF and Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Richard D. Trenk, Esq.<br>rtrenk@msbnj.com<br>Robert S. Roglieri, Esq.<br>rroglieri@msbnj.com<br>McManimon, Scotland & Baumann, LLC 75 Livingston Avenue, 2nd Floor Roseland, NJ 07068 | Counsel for Ad-Hoc Committee of Shareholders | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF and Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Mitchell Malzberg, Esq.<br>mmalzberg@mjmalzberglaw.com<br>Law Offices of Mitchell J. Malzberg<br>6 E. Main Street, Suite 7<br>Clinton, New Jersey 08809 | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF and Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Sergio I. Scuteri<br>sscuteri@capehart.com<br>Capehart Scatchard, P.A.<br>8000 Midlantic Drive, Suite 300 S<br>Mount Laurel, NJ 08054 | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF & Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Meredith I. Friedman<br>mfriedman@wilentz.com<br>Wilentz, Goldman & Spitzer, P.A.<br>90 Woodridge Center Dr. Ste. 900<br>Box 10<br>Woodbridge, NJ 07095 | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF & Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Edward M. Bernstein<br>emb4law@aol.com<br>Bernstein & Manahan<br>Princeton Pike Office Park<br>3131 Princeton Pike<br>Building 4, Suite 2<br>Lawrenceville, NJ 08648 | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF & Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Albert A. Ciardi, III, Esq.<br>aciardi@ciardilaw.com Jennifer C. McEntee, Esq. jcranston@ciardilaw.com<br>CIARDI CIARDI & ASTIN One Commerce Square<br>2005 Market Street, Suite 3500<br>Philadelphia, PA 19103 | Counsel to Balance Credit 2 SPV, LLC, SunUp Financial, LLC, Braviant Holdings, LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF and Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*