UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

WOLLMUTH MAHER & DEUTSCH LLP
51 JFK Parkway, First Floor West
Short Hills, New Jersey 07078
- and -
500 Fifth Avenue
New York, New York 10110
Tel: (212) 382-3300
Paul R. DeFilippo
James N. Lawlor
Counsel for Matthew Cantor, Chapter 11 Trustee

In Re:

PRINCETON ALTERNATIVE FUNDING, LLC and
PRINCETON ALTERNATIVE INCOME FUND, LP,
Debtors.

Case No.: _____18-14603 (MBK)_____

Chapter: _____11_____

Adv. No.: _____

Hearing Date: _____

Judge: _____Hon. Michael Kaplan_____

## CERTIFICATION OF SERVICE

1. I, _____James N. Lawlor, Esq._____ :

   ☒ represent _____Matthew Cantor, Chapter 11 Trustee_____ in this matter.

   ☐ am the secretary/paralegal for _____, who represents

   _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On _____March 16, 2020_____, I sent a copy of the following pleadings and/or documents
   to the parties listed in the chart below.

   Order Amending January 16, 2020 Order Governing Dates for Voting, Objections and Hearing as to Confirmation of Trustee's Plan of Reorganization, Order Amending February 20, 2020 Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice, and Order (A) Approving a Global Settlement Agreement, (B) Approving the Fifth Amended Disclosure Statement for the Fifth Amended Plan of Reorganization, (C) Confirming the Fifth Amended Plan of Reorganization for the Debtors, (D) Determining that Resolicitation of Votes on the Plan is not Required, and (E) Entering a Final Decree Closing the Bankruptcy Cases as of the First Day After the Filing of a Notice of the Effective Date of the Plan.

3. I certify under penalty of perjury that the above documents were sent using the mode of service
   indicated.

Date: _____March 17, 2020_____          /s/ James N. Lawlor
                                             _____
                                             Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Dean C. Waldt, Esq.<br>waldtd@ballardspahr.com<br>David A Haworth, Esq.<br>haworthd@ballardspahr.com<br>William P. Reiley, Esq.<br>reileyw@ballardspahr.com<br>David J. Margules, Esq.<br>margulesd@ballardspahr.com<br>Timothy D. Katsiff, Esq.<br>katsifft@ballardspahr.com<br>Ballard Spahr LLP<br>210 Lake Drive East, Suite 200, Cherry Hill, NJ 08002 | Counsel for Ranger Specialty Income Fund, L.P., Ranger Alternative Management, II, L.P., and Ranger Direct Lending Fund Trust | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other ECF & Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Benjamin Teich, Esq.<br>Benjamin.Teich@usdoj.gov<br>Jeffrey M. Sponder, Esq.<br>Jeffrey.m.sponder@usdoj.gov<br>Office of U.S. Trustee<br>One Newark Center<br>Newark, NJ 07102 | Counsel for U.S. Trustee | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other ECF & Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Stephanie L. Jonaitis<br>jonaitis@pepperlaw.com<br>Pepper Hamilton LLP<br>301 Carnegie Center, Ste 400<br>Princeton, NJ 08648 | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other ECF & Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Joseph H. Huston, Jr., Esq.<br>jhh@stevenslee.com<br>Andreas Milliaressis, Esq.<br>adm@stevenslee.com<br>Stevens & Lee, P.C.<br>100 Lenox Drive, Suite 200<br>Lawrenceville, NJ 08648 | Counsel for Covenant Strategic Income Fund Series Interests of the SALI Multi-Series Fund II 3(c)(1), LP | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other ECF & Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Derek J. Baker, Esq.<br>dbaker@reedsmith.com<br>Brian Martin Schenker<br>bschenker@reedsmith.com<br>REED SMITH LLP<br>A Delaware Limited Liability Partnership<br>506 Carnegie Center, Suite 300<br>Princeton, NJ 08540 | Counsel for MicroBilt Corporation | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other ECF & Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Sean O'Brien, Esq.<br>sobrien@lippes.com<br>Raymond L. Fink, Esq.<br>Lippes Mathias Wexler Friedman LLP<br>50 Fountain Plaza<br>Suite 1700<br>Buffalo, NY 14202 | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF & Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Ricardo Solano Jr., Esq.<br>rsolano@fklaw.com<br>Friedman Kaplan Seiler & Adelman LLP<br>One Gateway Center<br>25th Floor<br>Newark, NJ 07102 | Counsel for Sirius Investments SICA V | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF & Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Amy Elizabeth Vulpio<br>vulpioa@whiteandwilliams.com<br>White and Williams LLP<br>1800 One Liberty Place<br>Philadelphia, PA 19103 | Counsel for Endurance American Insurance Company | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF & Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Bruce S. Luckman, Esq.<br>bluckman@shermansilverstein.com<br>Arthur J. Abramowitz, Esq.<br>aabramowitz@shermansilverstein.com<br>Sherman, Silverstein, Kohl, Rose & Podolsky, P.A.<br>308 Harper Drive, Suite 200<br>Moorestown, NJ 08057 | Counsel for Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF & Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Dilworth Paxson LLP<br>1500 Market St.<br>Ste 3500<br>Philadelphia, PA 19102-2100 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| First Insurance Funding Corp.<br>PO Box 800<br>Road Town, Tortola VG 110 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| JAMS, Inc.<br>150 West Jefferson<br>Ste 850<br>Detroit, MI 48226 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Liggett & Webb P.A.<br>432 Park Ave S<br>Fl 10<br>New York, NY 10016-8004 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| LJP Consulting LLC<br>571 Whitenack Road<br>Riverale, NJ 07675 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| New Jersey Div of Taxation<br>Compliance & Enforcement<br>Bankr Unit<br>50 Barrack St<br>Fl 9<br>Trenton, NJ 08608-2006 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| Paragon Advisory Services, Inc.<br>13 Old Kings Hwy N<br># 288<br>Darien, CT 06820-4607 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Angelo Anthony Stio, III<br>stioa@pepperlaw.com<br>Pepper Hamilton LLP<br>301 Carnegie Center<br>Ste 400<br>Princeton, NJ 08648 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF & Email _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| PHS Corporate Services, Inc.<br>1313 N Market St<br>Wilmington, DE 19801-6101 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Preqin<br>60 E 42nd St<br>Ste 630<br>New York, NY 10165-0007 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Robert Szostak<br>31303 Palm Ct<br>Lawrenceville, NJ 08648-1298 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| RSM US LLP<br>30 S 17th St<br>Ste 710<br>Philadelphia, PA 19103-4004 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Selective Insurance Company of America<br>40 Wantage Ave<br>Branchville, NJ 07890-0001 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| State of Texas<br>4000 Jackson Ave<br>Bldg 1<br>Austin, TX 78731-6058 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Thomson Reuters<br>Expert Witness Service<br>39921 Treasury Ctr<br>Chicago, IL 60694-9000 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| VCorp<br>25 Robert Pitt Dr<br>Ste 204<br>Monsey, NY 10952-3366 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Michael J. Duffy, Esq.<br>mduffy@mittslaw.com<br>Maurice R. Mitts<br>mmitts@mittslaw.com<br>MITTS LAW, LLC<br>1822 Spruce Street<br>Philadelphia, PA 19103 | Counsel for MicroBilt Corporation, MicroBilt Financial Services Corporation, Rosebud Management, LLC, Philip N. Burgess, Jr., Walter Wojciechowski, John "Jack"Cook, LJP Consulting, LLC, Princeton Alternative Funding Management, LLC and Alonzo J. Primus | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF & Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Ronald Gellert<br>rgellert@gsbblaw.com<br>Gellert Scali Busenkell & Brown, LLC<br>1201 North Orange Street<br>Suite 300<br>Wilmington, DE 19801 | Counsel the Ad-Hoc Committee of Minority Shareholders | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF & Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| United States Trustee<br>One Newark Center, Suite 2100<br>1085 Raymond Boulevard<br>Newark, New Jersey 07102 | United States Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Ace Small Claims Service<br>5981 W 76th St<br>Los Angeles, CA 90045-1617 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Centrinex LLC<br>11844 W 95th St<br>#147<br>Overland Park, KS 66215-3801 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Kercsmar & Feltus PLLC<br>Attn: Geoffrey S. Kercsmar, Esq.<br>7150 E Camelback Rd<br>Ste 285<br>Scottsdale, AZ 85251-1225 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Krovatin & Klingeman LLC<br>Attn: Gerald Krovatin, Esq.<br>gkrovatin@krovatin.com<br>60 Park Place<br>Suite 1100<br>Newark, NJ 07102 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF & Email _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Law Offices of Amy N. Tirre PC<br>3715 Lakeside Dr<br>Ste A<br>Reno, NV<br>89509-5349 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Mainstream Fund Services, Inc.<br>4175 Veterans Memorial Highway<br>Ste 204<br>Ronkonkoma, NY<br>11779-7639 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Princeton Alternative Income Offshore<br>FFP (BVI) LIMITED, C/O HADLEY CHILTON AND STEPHEN BRISCOE<br>PO Box 71<br>Road Town, Tortola VG 1110, British Virgin Islands | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| Securities and Exchange Commission New York Regional 3 World Financial Ctr Ste 400 New York, NY 10281-1013 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Sergio I. Scuteri sscuteri@capehart.com Capehart Scatchard, P.A. 8000 Midlantic Drive, Suite 300 S Mount Laurel, NJ 08054 | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF & Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Meredith I. Friedman mfriedman@wilentz.com Wilentz, Goldman & Spitzer, P.A. 90 Woodridge Center Dr. Ste. 900 Box 10 Woodbridge, NJ 07095 | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF & Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Edward M. Bernstein emb4law@aol.com Bernstein & Manahan Princeton Pike Office Park 3131 Princeton Pike Building 4, Suite 2 Lawrenceville, NJ 08648 | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF & Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Peter J. Roberts Fox Rothschild LLP 321 No. Clark St, Ste 800 Chicago, IL 60654 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| Richard D. Trenk, Esq.<br>rtrenk@msbnj.com<br>Robert S. Roglieri, Esq.<br>rroglieri@msbnj.com<br>McManimon, Scotland & Baumann, LLC<br>75 Livingston Avenue, 2nd Floor<br>Roseland, NJ 07068 | Counsel for Ad-Hoc Committee of Minority Shareholders | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF & Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Mitchell Malzberg, Esq.<br>mmalzberg@mjmalzberglaw.com<br>Law Offices of Mitchell J. Malzberg, Esq.<br>6 E. Main Street, Suite 7<br>Clinton, New Jersey 08809 | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF & Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| George R. Hirsch<br>Sills Cummis & Gross PC<br>One Riverfront Plaza<br>Newark, NJ 07102-5408 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Edward & Dohee Lim Living Trust<br>167 Linfield Dr.<br>Menlo Park, CA 94025 | PAIF Partner | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Millennium Trust Co. LLC<br>Custodian FBO Michael Schwaeber<br>Rollover IRA xxxx291D6<br>2001 Spring Road<br>Suite 700<br>Oak Brook, IL 60523 | PAIF Partner | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Sierra Springs Diversified Income Fund, LP<br>17303 Avenleigh Dr.<br>Ashton, MD 20861 | PAIF Partner | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| World Opportunity Master Fund, LP<br>Attn: Dale J. Conrad<br>315 Crooked Stick Dr.<br>Alpharetta, GA 30004 | PAIF Partner | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Mattin Family Trust<br>Attn: Christina Mattin<br>15 Earls Terrace<br>London W8 6LP<br>United Kingdom | PAIF Partner | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Robert B. Wade<br>1820 Riverside Drive<br>Trenton, NJ 08618 | PAIF Partner | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Shinnecock Income Fund LP<br>Attn: Joel Parrish<br>10990 Wilshire Blvd<br>Suite 1150<br>Los Angeles, CA 90024 | PAIF Partner | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| SIX SIS AG<br>Attn: FundSettle Team<br>Baslerstrasse<br>100 PO Box<br>CH4601 Olten<br>Switzerland | PAIOF Partner | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Marketplace Lending Investments Ltd.<br>Attn: Klaus Kukovetz<br>1F, 405 Bonhill Street<br>EC2A 4BX, London<br>United Kingdom | PAIOF Partner | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Nina Rugaeva<br>Alexander Rugaev<br>Komendantskiy pr. 17-1-973<br>St-Petersburg 197371<br>Russian Federation | PAIOF Partner | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Sirius Investments SICAV, Sub-Fund Reserva<br>Na Perštýně 2<br>100 00 Praha 1 | PAIOF Partner | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Pepper Hamilton LLP<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>P.O. Box 1709<br>Wilmington, DE 19899-1709 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Sills Cummis & Gross, P.C.<br>c/o George Hirsch<br>ghirsch@sillscummis.com<br>600 College Road East<br>Princeton, NJ 08540-6636 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF & Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| TRS Advisors LLC<br>570 Lexington Ave.<br>22nd Floor<br>New York, NY 10022-6638 | Ordinary Course Professional | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Hon. Michael B. Kaplan<br>402 East State Street<br>Trenton, N.J. 08608-1507<br>Courtroom #8 | Court | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| AFAB International, Ltd.<br>100 Canal Pointe Blvd<br>Suite 208<br>Princeton, NJ 08540-7063 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Alonzo J. Primus, CPA<br>9909 Via Bernini<br>Lake Worth, FL 33467-6939 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| Arnall Golden Gregory LLP<br>171 17th St NW<br>Ste 2100<br>Atlanta, GA 30363-1101 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Bristol Investments, Ltd.<br>100 Canal Pointe Blvd<br>Suite 208<br>Princeton, NJ 08540-7063 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Delaware Business Incorporators Inc.<br>3422 Old Capitol Trl<br>Ste 700<br>Wilmington, DE 19808-6124 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Electronic Merchant Services<br>1795 E Holt Blvd<br>Ste 201<br>Ontario, CA 91761-2135 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Household Pet Protection Inc<br>PO Box 461480<br>Aurora, CO 80046-1480 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| HP Funding II LLC<br>9909 Via Bernini<br>Lake Worth, FL 33467 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| JAMS, Inc.<br>PO Box 845402<br>Los Angeles, CA 90084-0012 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jeffery L Levine<br>5981 W 76th St<br>Los Angeles, CA 90045 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| MicroBilt Corporation<br>1640 Airport Rd NW<br>Ste 115<br>Kennesaw, GA 30144-7038 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| MicroBilt Corporation<br>100 Canal Pointe Blvd<br>Suite 208<br>Princeton, NJ 08540 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| MicroBilt Financial Services Corporation<br>100 Canal Pointe Blvd.<br>Suite 208<br>Princeton, NJ 08540 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Payscape<br>1438 W Peachtree St NW<br>Ste 220<br>Atlanta, GA 30309-2955 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Philip N. Burgess, Jr.<br>100 Canal Point Blvd.<br>Suite 208<br>Princeton, NJ 08540 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Reed Smith LLP<br>1717 Arch St<br>Ste 3100<br>Philadelphia, PA 19103-2762 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| Robert P. Farrell<br>10 Darvel Dr<br>West Windsor, NJ 08550-3221 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br><span>(As authorized by the Court or by rule. Cite the rule if applicable.)</span> |
| Robert Szostak<br>31303 Palm Street<br>Lawreceville, NJ 08648-1298 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br><span>(As authorized by the Court or by rule. Cite the rule if applicable.)</span> |
| Rosebud Management, LLC<br>100 Canal Pointe Blvd.<br>Suite 208<br>Princeton, NJ 08540 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br><span>(As authorized by the Court or by rule. Cite the rule if applicable.)</span> |
| Shaw Fishman Glantz & Towbin<br>321 N Clark St<br>Ste 1600<br>Chicago, IL 60654-4766 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br><span>(As authorized by the Court or by rule. Cite the rule if applicable.)</span> |
| Shinnecock Income Fund, LP<br>c/o John C. Kilgannon<br>Stevens & Lee, PC<br>100 Lenox Drive, Suite 200<br>Lawrenceville, NJ 08648 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br><span>(As authorized by the Court or by rule. Cite the rule if applicable.)</span> |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| US Securities Exchange Commission Brookfield Place 200 Vesey St Ste 400 New York, NY 10281-8004 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Velocity Ventures Group 4864 Sparks Blvd Sparks, NV 89436-8208 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| VoApps 6100 Lake Forrest Dr Ste 560 Sandy Springs, GA 30328-3890 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Walter Wojciechowski 100 Canal Pointe Blvd. Suite 208 Princeton, NJ 08540 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Westminster National Capital Co., LLC 100 Canal Pointe Blvd. Suite 208 Princeton, NJ 08540 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Bernard A. Katz<br>626 South State St<br>Newtown, PA 18940-1509 | BAK Advisors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Princeton Alternative Fund Mgmt. LLC<br>c/o Delaware Business Incorporators, Inc.<br>3422 Old Capitol Trl.<br>Ste. 700<br>Wilmington, DE 19808 | PAF Partner | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Gold Drives USA LLC<br>c/o Robert Farrell<br>10 Darvel Drive<br>West Windsor, NJ 08550 | PAF Partner | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Frank C. Gilmore<br>Robison, Sharp, Sullivan & Brust<br>71 Washington Street<br>Reno, NV 89503 |  | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| John Vax<br>Chief Investment Offier<br>Sirius Investments SICAV<br>Na Perštýn 2<br>Praha<br>Czech Republic | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Princeton Alternative Funding Management<br>100 Canal Pointe Blvd<br>Suite 208<br>Princeton, NJ 08540-7063 | PAF Partner | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Deluxe McBee<br>PO Box 88042<br>Chicago, IL 60680-1042 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Compass Security Corporation<br>50 Braintree Hill Park<br>Ste 105<br>Braintree, MA 02184-8737 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Dell Financial Services<br>Payment Processing Center<br>PO Box 6410<br>Carol Stream, IL 60197-6410 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Delaware Secretary of State<br>401 Federal St<br>Dover, DE 19901-3639 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| Cole Frieman & Mallon LLP<br>255 California Street,<br>Suite 1350<br>San Francisco, CA 94111 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Bedell Cristin LLP<br>Level 25 North Tower<br>One Raffles Quay<br>Singapore 048583 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Barden Communications LLC<br>60 Railroad Place<br>Saratoga Springs, NY 12866 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| ARM Capacity of NY LLC<br>1 International Blvd, Suite 300<br>Mahwah, NJ 07495-0027 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| AltFi Ltd.<br>33 Eastcheap<br>London<br>EC3M 1DT<br>United Kingdom | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| Albert A. Ciardi, III, Esq.<br>aciardi@ciardilaw.com<br>Jennifer C. McEntee, Esq.<br>jcranston@ciardilaw.com<br>CIARDI CIARDI & ASTIN<br>One Commerce Square<br>2005 Market Street, Suite 3500<br>Philadelphia, PA 19103 | Counsel to Balance Credit 2 SPV, LLC, SunUp Financial, LLC, Braviant Holdings, LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _ECF & Email_<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| JAMS, Inc.<br>150 West Jefferson<br>Ste 850<br>Detroit, MI 48226 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| New Jersey Div of Taxation<br>Compliance & Enforcement<br>Bankr Unit<br>50 Barrack St<br>Fl 9<br>Trenton, NJ 08608-2006 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Annika Dresen<br>25, Rue Edmond Reuter<br>L 5326 Contern | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| State of New Jersey<br>Department of Treasury<br>Division of Taxation<br>PO Box 245<br>Trenton, NJ 08695-0245 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Securities and Exchange Commission<br>Bankruptcy Group<br>Brookfield Place<br>200 Vesey St., Suite 400<br>New York, NY 10281 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Raible Cornaglia Wenstrom & Raible LLC<br>c/o Brett Wiltsey, Esquire<br>Dilworth Paxson LLP<br>457 Haddonfield Rd - Suite 700<br>PO Box 2570<br>Cherry Hill, NJ 08034 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Ranger Specialty Income Fund, LP<br>Attn. Nim Hacker<br>2828 N. Harwood Street, Suite 1900<br>Dallas, TX 75201<br>214-871-5208<br>directlending@rangercap.com | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| King & Spalding LLP<br>1180 Peachtree St NE<br>Atlanta, GA 30309-3531 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| New Jersey Attorney General's Office<br>Division of Law<br>Richard J. Hughes Justice Complex<br>25 Market Street, P.O. Box 112<br>Trenton, NJ 08625-0112 | Attorney General | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| New Jersey Division of Taxation Compliance and Enforcement – Bankruptcy Unit 50 Barrack Street, 9th Floor P.O. Box 245 Trenton, NJ 08695-0267 | Division of Taxation | ☐ Hand-delivered ☒ Regular mail ☐ Certified mail/RR ☐ Other _____ (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Tax Bankruptcy Debt Recovery Section Division of Law Richard J. Hughes Justice Complex 25 Market Street P.O. Box 106 Trenton, NJ 08625 | Division of Taxation | ☐ Hand-delivered ☒ Regular mail ☐ Certified mail/RR ☐ Other _____ (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Eamonn O'Hagan Assistant U.S. Attorney U.S. Attorney's Office District of New Jersey 970 Broad Street Newark, New Jersey 07102 eamonn.ohagan@usdoj.gov | United States Attorney General | ☐ Hand-delivered ☒ Regular mail ☐ Certified mail/RR ☐ Other _____ (As authorized by the Court or by rule. Cite the rule if applicable.) |
| United States Attorney Peter Rodino Federal Building 970 Broad Street, Suite 700 Newark, New Jersey 07102 | United States Attorney | ☐ Hand-delivered ☒ Regular mail ☐ Certified mail/RR ☐ Other _____ (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Attorney General United States Department of Justice Ben Franklin Station P.O. Box 683 Washington, DC 20044 | United States Attorney General | ☐ Hand-delivered ☒ Regular mail ☐ Certified mail/RR ☐ Other _____ (As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| McGlinchey Stafford PLLC<br>601 Poydras Street<br>Suite 1200<br>New Orleans, LA 70130 | Special Counsel to Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br><span>(As authorized by the Court or by rule. Cite the rule if applicable.)</span> |
| Sheridan Asset Management, LLC<br>1025 Westchester Avenue<br>Suite 311<br>White Plains, NY 10604 | Trustee Advisor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br><span>(As authorized by the Court or by rule. Cite the rule if applicable.)</span> |
| Ogier<br>Ritter House<br>Wickhams Cay II<br>PO Box 3170<br>Road Town, Tortola<br>British Virgin Islands VG1110 | Special Counsel to Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br><span>(As authorized by the Court or by rule. Cite the rule if applicable.)</span> |
| Nebraska Department of Revenue<br>PO Box 94818<br>Lincoln NE 68509-8923 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br><span>(As authorized by the Court or by rule. Cite the rule if applicable.)</span> |
| Nebraska Department of Revenue<br>PO Box 98923<br>Lincoln NE 68509-8923 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br><span>(As authorized by the Court or by rule. Cite the rule if applicable.)</span> |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| Citrin Cooperman<br>529 Fifth Avenue<br>New York, NY 10017 | Advisor to Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Hadley Chilton<br>PO Box 2429<br>Road Town, Tortola,<br>VG 1110, British Virgin Islands | Director of PAIOF | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Stephone Briscoe<br>PO Box 2429<br>Road Town, Tortola,<br>VG 1110, British Virgin Islands | Director of PAIOF | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Eugene Crane<br>c/o Shelly A. DeRousse<br>Freeborn & Peters LLP<br>311 South Wacker Drive, Suite 3000<br>Chicago, IL  60606 | Argon Chapter 7 Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |