UNITED STATES BANKRUPTCY COURT
District of New Jersey

In re: : Chapter: 11

Princeton Alternative Income Fund, LP

: Case Number: 18-14603

: D/C Number: 20-cv-01756

: Bankruptcy Judge: Michael B. Kaplan

TRANSMITTAL OF PLEADING
TO DISTRICT COURT

The items indicted below are hereby transmitted to the District Court for the District of New Jersey for processing:

☐ Motion for Leave to Appeal    ☐ Copy of Notice of Appeal

☐ Motion to Withdraw the Reference    ☑ Certification Re Failure to File Designation

Complete the following only if transmitting a Motion for Leave to Appeal:

☐ An appeal has not previously been filed in this case.

☑ The following list contains information regarding all appeals previously filed in this case:

| District Court Case Number | District Court Judge Assigned | Date of Transmission of Record to District Court |
|---|---|---|
| 19-cv-15986 | Judge Michael A. Shipp | 7/29/2019 |
| 19-cv-17914 | Judge Brian R. Martinotti | 9/11/2019 |
| 19-cv-21974 | Judge Brian R. Martinotti | 12/27/2019 |
| 20-cv-01756 | Judge Brian R. Martinotti | 2/19/2020 |

I, _____, Deputy Clerk of the United States District Court for the District of New Jersey, hereby certify that on this _____ day of _____, 20 _____ I received the pleadings noted above.

*Rev. 11/25/02jml*