**McMANIMON, SCOTLAND**
 **& BAUMANN, LLC**
75 Livingston Avenue
Roseland, New Jersey 07068
(973) 622-1800
Richard D. Trenk, Esq. (rtrenk@msbnj.com)
Robert S. Roglieri, Esq. (rroglieri@msbnj.com)
*Counsel for the Ad Hoc Committee of Minority Shareholders*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>PRINCETON ALTERNATIVE INCOME FUND, LP, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-14603 (MBK)<br><br>(Jointly Administered) |
| AD-HOC COMMITTEE OF MINORITY SHAREHOLDERS,<br><br>Appellant,<br><br>v.<br><br>MATTHEW CANTOR,<br><br>Appellee. | Civil Action No. 3:19-cv-21974-BRM<br><br>**CONSENT ORDER DISMISSING APPEAL WITH PREJUDICE AND WITHOUT COSTS** |

**WHEREAS**, the Ad-Hoc Committee of Minority Shareholders (the "Committee") having heretofore opened the above referenced appeal with Matthew Cantor, as Chapter 11 Trustee (the "Trustee") as appellee; and

**WHEREAS**, the Committee and the Trustee (collectively, the "Parties") have entered into a Global Settlement and the Bankruptcy Court having confirmed the Fifth Amended Plan of

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Princeton Alternative Income Fund, LP (7875); and Princeton Alternative Funding, LLC (3349).

Reorganization for the Debtors [Bankr. Docket No. 1134] pursuant to which the above referenced appeal shall be voluntarily dismissed without costs; and

**NOW, THEREFORE**, with the consent of the parties and the Court having found that good cause exists for the entry of this Order;

**IT IS**, on this _____ day of _____, 2020

**ORDERED**, that

1.  Pursuant to Fed. R. Bankr. P. 8023, the Parties hereby stipulate to the voluntary dismissal of the above referenced appeal with prejudice and without costs assessed to either party.

2.  The Court hereby DISMISSES the above referenced appeal with prejudice and without costs assessed to either party.

3.  The Court hereby directs the Clerk to close the case.

                        Date: 4/14/2020
                        s/Brian R. Martinotti
                        United States District Judge

The parties hereby consent to the form and entry of the within Order:

Dated: April 14, 2020

| **WOLLMUTH MAHER & DEUTSCH LLP** | **McMANIMON, SCOTLAND & BAUMANN, LLC** |
|---|---|
| By: */s/ Paul R. DeFilippo* | By: */s/ Richard D. Trenk* |
| Paul R. DeFilippo | Richard D. Trenk |
| 500 Fifth Avenue | 75 Livingston Avenue |
| New York, New York 10110 | Roseland, New Jersey 07068 |
| *Counsel for Appellee,* | *Counsel for Appellant,* |
| *Matthew Cantor, Chapter 11 Trustee* | *Ad-Hoc Committee of Minority Shareholders* |