Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  18–14603–MBK
Chapter:  11
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Princeton Alternative Income Fund, LP
   100 Canal Pointe Blvd
   Ste 208
   Princeton, NJ 08540–7063

Social Security No.:

Employer's Tax I.D. No.:
   47–2267875

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Matthew Cantor is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>August 24, 2020</u>

<u>Michael B. Kaplan</u>
Judge, United States Bankruptcy Court